UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD JUSTICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>METROPOLITAN LIFE INSURANCE )<br>COMPANY, )<br>)<br>Defendant and Interpleader Plaintiff, )<br>)<br>v. )<br>)<br>C.M.J., a minor and N.A.J., a minor, )<br>)<br>Interpleader Defendants. ) | **JUDGMENT**<br><br>No. 7:09-CV-209-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration the parties' proposed consent order submitted to this court.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 21, 2010, to which the parties consent, where there are no conflicting claims or disputes that Richard Justice is the proper recipient of the Dependant Life Insurance Proceeds at issue, that said proceeds in accordance with the court's order shall be released to plaintiff.

**This Judgment Filed and Entered on September 28, 2010, and Copies To:**

Erin Johnson Ruben (via CM/ECF Notice of Electronic Filing)
James Almond Merritt, Jr. (via CM/ECF Notice of Electronic Filing)
Elizabeth J. Bondurant (via CM/ECF Notice of Electronic Filing)
Thadeus Matthew Creech (via CM/ECF Notice of Electronic Filing)
Ronald C. Crosby (via CM/ECF Notice of Electronic Filing)
Kristin Lea Hart (via CM/ECF Notice of Electronic Filing)
John Raeford Justice (via U.S. Mail) 1042 N. Old Stage Road, St. Pauls, NC 28384


September 28, 2010            DENNIS P. IAVARONE, CLERK
                               /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk